**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

DR. ELIAS QUINTANA )
)
          Plaintiff, )
)
v. )     Case No. CIV-23-389-RAW-DES
)
CLINTON W. MARRS, LTD, *et al.*, )
)
          Defendants. )

## DEFENDANT COUNTY OF MUSKOGEE'S MOTION TO DEEM CONFESSED

Defendants Muskogee County, by and through counsel of record, pursuant to Local Civil Rule 7.1(g), submits this Motion to Deem Confessed this Defendant's motion to dismiss as Plaintiff has failed to respond. [Dkt. 16].

On December 7, 2023, Muskogee County filed its motion to dismiss. The basis for that motion was three fold:

1. The Defendant County was improperly named as a Defendant

2. The Defendant County is immune from Plaintiff's defamation claim

3. Plaintiff failed to state a plausible claim under 42 U.S.C. section 1983 as to the County

The motion was filed and served on Plaintiff at his address of record. Prior to any response being due, the Court issued an Order inviting Plaintiff to amend his complaint. [Dkt. 24]. Plaintiff had until January 5, 2024, to amend. Plaintiff filed a motion to extend the response time. [Dkt. 27]. The Court denied this for failure to comply with Local Civil Rule 7.1(i)(4). [Dkt. 31]. Plaintiff filed a motion to reconsider that denial. [Dkt. 35]. This motion was granted and directed Plaintiff to respond to "all pending Motions to Dismiss (Docket Nos. [16], [17], [20], [22], and [25])." [Dkt. 36]. Plaintiff never responded to this Defendant's Motion to Dismiss. Plaintiff filed two motions to amend the complaint, which were both denied as being out of time based upon the Court's prior invitation to amend. [Dkts. 24, 38, 39, & 42].

As a result, under LCvR 7.1(g), the Court, may in its discretion, grant Plaintiff an additional fourteen days to show cause why the motion should not be granted. As this extension is discretionary, Defendants would request the motion simply be granted.

WHEREFORE, premises considered, Defendant Cherokee County Sheriff's Office, respectfully requests, this Court deem its Motion to Dismiss as confessed for failure to respond, along with any other relief deemed just and proper.

Respectfully submitted,

s/ Jon Williford
Andy A. Artus, OBA No. 16169
Jamison C. Whitson, OBA No. 18490
Jon Williford, OBA No. 19598
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone:  (405) 524-2070
Facsimile:  (405) 524-2078
E-mail: aaa@czwlaw.com
        jcw@czwlaw.com
        jmw@czwlaw.com

**Attorneys for Defendant County of Muskogee**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, and that I transmitted a copy of this document to the following person who is not a registered user of the ECF System via U.S. Priority Mail, postage prepaid to:

Dr. Elias Quintana
1705 East Highway 62
Fort Gibson, OK 74434
elias@transnationalbus.com
***Pro Se Plaintiff***

John J. Love, OBA #5536
THE LOVE LAW FIRM
228 Robert S. Kerr Ave., Suite 540
Oklahoma City, OK 73102
jjl@lovelawfirm.legal
***Attorney for Defendants, Town of Fort Gibson and City of Muskogee***

Robert G. Chadwick, Jr., Texas Bar No. 04056075
Alexander S. Gerbert, OBA No. 34594
7160 Dallas Parkway, Suite 625
Plano, TX 75024
Alex.Gebert@fmglaw.com
Bob.Chadwick@fmglaw.com
***Attorneys for Defendants Clinton W. Marrs, LTD. and Ralph Fevig***

Stephen P. Curtis, Esq.
6747 Academy Road NE, Suite D
Albuquerque, New Mexico, 87109
***Pro-se Defendant***

s/ Jon Williford
Jon Williford

3